| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2002 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, first, middle initial) Hopkins, Virginia E. | 2. Court or Organization U.S. District Court; AL, N | 3. Date of Report 10/17/03 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge Nominee | 5. ReportType (check appropriate type) _x_ Nomination, Date 10/14/03 ___ Initial ___ Annual ___ Final | 6. Reporting Period 01/01/02 09/30/03 |
| 7. Chambers or Office Address 1302 Noble Street, Suite 3H Anniston, AL. 36201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| [ ] **NONE** (No reportable positions.) | |
| 1 President | Friends of the Public Library of Anniston/Calhoun County, Inc. |
| 2 Director | Spirit of Anniston/Main Street, Inc. |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| [ ] NONE (No reportable agreements.) | |
| 1 09/30/03 | Campbell & Hopkins and Virginia E. Hopkins have agreed that any fees received by Campbell & Hopkins for work performed by Virginia E. Hopkins while she was a member of the firm will, after a 1/3 reduction for office overhead, be remitted to |
| 2 | her. |
| 3 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
| --- | --- | --- |
| [ ] NONE (No reportable non-investment income.) | | |
| 1 2003 | self-employed (lawyer) | $ 84,188 |
| 2 2003, 2002, 2001 | self-employed (lawyer) | $ |
| 3 2002 | self-employed (lawyer) | $ 89,811 |
| 4 2001 | self-employed (lawyer) | $ 96,733 |
| 5 | | $ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts.) | | |
| 1 | exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities.) | | |
| 1 | UBS | margin loan | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes:
J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Hopkins, Virginia E. | 10/17/03 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1  Pepsico Common | B | div | K | T | exempt | | | | |
| 2  Amgen, Inc. | none | | J | T | exempt | | | | |
| 3  Burlington Resources Common | none | | J | T | exempt | | | | |
| 4  Bunge Limited Common | none | | J | T | exempt | | | | |
| 5  Cohen&Steers Quality Income Realty Fund | A | div | J | T | exempt | | | | |
| 6  Chico Fas Inc Common | none | | J | T | exempt | | | | |
| 7  Colgate Palmolive Common | none | | | | exempt | | | | |
| 8  Walt Disney Co. Common | none | | J | T | exempt | | | | |
| 9  Fox Entertainment Common | none | | J | T | exempt | | | | |
| 10  iShares Trust (S&P Midcap 400/Barra) | none | | J | T | exempt | | | | |
| 11  Health Care REIT Inc. SBI | none | | J | T | exempt | | | | |
| 12  Lowes Companies Inc. Common | none | | J | T | exempt | | | | |
| 13  Intel Corp. Common | none | | J | T | exempt | | | | |
| 14  Johnson & Johnson Common | none | | | | exempt | | | | |
| 15  Microsoft Corp. Common | A | div | J | T | exempt | | | | |
| 16  Marsh & Mclennan Cos. Inc. Common | none | | J | T | exempt | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 17  McCormick & Co NV Common | A | div | | | exempt | | | | |
| 18  Medtronic Inc. Common | A | div | J | T | exempt | | | | |
| 19  First Data Corp Common | none | | J | T | exempt | | | | |
| 20  Bed Bath & Beyond Inc. Common | none | | J | T | exempt | | | | |
| 21  Proctor & Gamble Co. Common | none | | J | T | exempt | | | | |
| 22  Scotts Co Class A Common | none | | J | T | exempt | | | | |
| 23  Schlumberger Ltd NA Common | none | | | | exempt | | | | |
| 24  Stericycle Inc. Common | none | | J | T | exempt | | | | |
| 25  Stryker Corp. Common | none | | J | T | exempt | | | | |
| 26  Teva Pharmaceuticals Inc. Ltd Israel ADR | none | | J | T | exempt | | | | |
| 27  Whole Foods Market Inc. Common | none | | J | T | exempt | | | | |
| 28  Wash Mutual Inc. Common | none | | J | T | exempt | | | | |
| 29  Wells Fargo & Co New Common | A | div | | | exempt | | | | |
| 30  Starbucks Corp Common | none | | J | T | exempt | | | | |
| 31  Zimmer Holdings Inc. Common | none | | J | T | exempt | | | | |
| 32  Pfizer Inc-Common | D | div | M | T | exempt | | | | |
| 33  SBC Communications Common | B | div | J | T | exempt | | | | |
| 34  Fidelity Advisor Equity Growth Fund Cl. T | none | | K | T | exempt | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Freddie Mac Common | B | div | L | T | exempt | | | | |
| 36 Templeton Global Income Fund Inc. | A | div | J | T | exempt | | | | |
| 37 John Hancock Regional Bank Fund Class B | B | div | K | T | exempt | | | | |
| 38 MFS Mass Investors Growth Stock Fund Cl A | none | | L | T | exempt | | | | |
| 39 Munder Net Net Fund Cl C | none | | J | T | exempt | | | | |
| 40 Enterprise Multi-Corp Growth C | none | | J | T | exempt | | | | |
| 41 Pioneer High Yield Fund Class C | C | div | J | T | exempt | | | | |
| 42 Alliance Bernstein Premier Growth Fund | none | | L | T | exempt | | | | |
| 43 Global Santa Fe Corp Common | none | | | | exempt | | | | |
| 44 Weatherford Int Inc | none | | | | exempt | | | | |
| 45 AOL Time Warner Common | none | | | | exempt | | | | |
| 46 Adobe Systems Common | A | div | | | exempt | | | | |
| 47 Agilent Tech. Inc. Common | none | | | | exempt | | | | |
| 48 Alcoa Inc. Common | A | div | | | exempt | | | | |
| 49 Alkermes Inc. Common | none | | | | exempt | | | | |
| 50 Allstate Corp. Common | A | div | | | exempt | | | | |
| 51 Ambac Finl Group Inc. Common | A | div | | | exempt | | | | |
| 52 American Express Co. Common | A | div | | | exempt | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 53 American Intl. Group Inc. Common | A | div | | | exempt | | | | |
| 54 Anadarko Petroleum Corp Common | A | div | | | exempt | | | | |
| 55 Bank New York Common | A | div | | | exempt | | | | |
| 56 Bank One Corp Common | A | div | | | exempt | | | | |
| 57 Berkshire Hathaway Inc. Class B Common | none | | | | exempt | | | | |
| 58 Bristol Myers Squibb Co. Common | A | div | | | exempt | | | | |
| 59 CNF Inc. Common | A | div | | | exempt | | | | |
| 60 Cablevision Systems Corp. Common | none | | | | exempt | | | | |
| 61 Cabot Microelectronics Corp. Common | none | | | | exempt | | | | |
| 62 Carnival Corp. Common | A | div | | | exempt | | | | |
| 63 Chiron Corp. Common | none | | | | exempt | | | | |
| 64 Chubb Corp Common | A | div | | | exempt | | | | |
| 65 Cisco Sys Inc. Common | none | | J | T | exempt | | | | |
| 66 Clayton Homes Inc. Common | A | div | | | exempt | | | | |
| 67 Coca-Cola Co. Common | A | div | | | exempt | | | | |
| 68 Comcast Corp. Cl A SPL | none | | | | exempt | | | | |
| 69 Conoco Phillips Common | A | div | | | exempt | | | | |
| 70 Countrywide Financial Corp. Common | A | div | | | exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Hopkins, Virginia E. | 10/17/03 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 71 Dell Computer Corp Common | none | | | | exempt | | | | |
| 72 Eastman Kodak Co Common | A | div | | | exempt | | | | |
| 73 Electronics for Imaging Common | none | | | | exempt | | | | |
| 74 Emerson Electric Co-Common | A | div | | | exempt | | | | |
| 75 Engelhard Corp Common | A | div | | | exempt | | | | |
| 76 Exxon Mobil Corp Common | A | div | | | exempt | | | | |
| 77 Forest Laboratories Inc. Common | none | | | | exempt | | | | |
| 78 Genentech Inc. Common | none | | | | exempt | | | | |
| 79 General Electric Co. Common | A | div | | | exempt | | | | |
| 80 Genzyme Corp. General Division Common | none | | | | exempt | | | | |
| 81 Gillette Co. Common | A | div | | | exempt | | | | |
| 82 Grant Prideco Inc. Common | none | | | | exempt | | | | |
| 83 Hasbro Inc. Common | A | div | | | exempt | | | | |
| 84 Hewlett Packard Co. Common | A | div | | | exempt | | | | |
| 85 Home Depot Inc. Common | A | div | | | exempt | | | | |
| 86 Honeywell Int'l Common | A | div | | | exempt | | | | |
| 87 IDEC Pharmaceuticals Common | none | | | | exempt | | | | |
| 88 IKON Office Solutions Common | A | div | | | exempt | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 89  Intel Corp. Common | A | div | J | T | exempt | | | | |
| 90  IBM Common | A | div | | | exempt | | | | |
| 91  L3 Communications HLDGS Inc. Common | none | | | | exempt | | | | |
| 92  Lattice Semiconductor Corp. Common | none | | | | exempt | | | | |
| 93  Lehman Bros. Holdings Inc. Common | A | div | | | exempt | | | | |
| 94  Liberty Media Corp A Common | none | | | | exempt | | | | |
| 95  MBIA Inc Common | A | div | | | exempt | | | | |
| 96  MGIC INVT CORP WIS Common | A | div | | | exempt | | | | |
| 97  Mattel Inc. DE Common | A | div | | | exempt | | | | |
| 98  Maxtor Corp (NEW) Common | none | | | | exempt | | | | |
| 99  McDonalds Corp. Common | A | div | | | exempt | | | | |
| 100  Merck & Co. Inc. Common | A | div | | | exempt | | | | |
| 101  Merrill Lynch & Co Inc. Common | A | div | | | exempt | | | | |
| 102  Micromuse Inc. Common | none | | | | exempt | | | | |
| 103  Micron Technology Inc. Common | none | | | | exempt | | | | |
| 104  Monsanto Co New Common | A | div | | | exempt | | | | |
| 105  Motorola Inc. DE Common | A | div | | | exempt | | | | |
| 106  Murphy Oil Corp Common | A | div | | | exempt | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  F=$50,001- $100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001- $100,000  P1=$1,000,001-$5,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 107 Neuberger Berman Inc. Common | A | div | | | exempt | | | | |
| 108 News Ltd-ADR-New Common | A | div | | | exempt | | | | |
| 109 Nippon T&T Spon ADR Common | A | div | | | exempt | | | | |
| 110 Nokia Corp Sponsored ADR Common | A | div | | | exempt | | | | |
| 111 Paccar Inc-Del Common | A | div | | | exempt | | | | |
| 112 Pier 1 Imports Inc. Del Common | A | div | | | exempt | | | | |
| 113 Quantum Corp DLT & Storage | none | | | | exempt | | | | |
| 114 RSA Security Inc. Common | none | | | | exempt | | | | |
| 115 Raytheon Company New Common | A | div | | | exempt | | | | |
| 116 Realnetworks Inc. Common | none | | | | exempt | | | | |
| 117 Safeway Inc. New Common | none | | | | exempt | | | | |
| 118 St. Paul Companies Inc. Common | A | div | | | exempt | | | | |
| 119 Sandisk Corp Common | none | | | | exempt | | | | |
| 120 Schering Plough Corp Common | A | div | | | exempt | | | | |
| 121 Solectron Corp Common | none | | | | exempt | | | | |
| 122 State Street Corp Common | A | div | | | exempt | | | | |
| 123 Texas Instruments Inc. Common | A | div | | | exempt | | | | |
| 124 3 Com Corp Common | none | | | | exempt | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 125 Tyco Intl Ltd New Common | A | div | | | exempt | | | | |
| 126 USA Interactive Common | none | | | | exempt | | | | |
| 127 Unisys Corp Common | none | | | | exempt | | | | |
| 128 United Health Group Inc. Common | A | div | | | exempt | | | | |
| 129 Verizon Communications Common | A | div | | | exempt | | | | |
| 130 Vodafone Group PLC SP ADR Common | A | div | | | exempt | | | | |
| 131 Vulcan Materials Co Common | A | div | | | exempt | | | | |
| 132 Wal-Mart Stores Inc. Common | A | div | | | exempt | | | | |
| 133 Weatherford Int'l Ltd New Common | none | | | | exempt | | | | |
| 134 Core Laboratories NV-USD Common | none | | | | exempt | | | | |
| 135 Grant Pride Co Inc Common | none | | | | exempt | | | | |
| 136 Newport Harbor Capital | none | | E | U | exempt | | | | |
| 137 US TSY Infl Prot Note | A | int | J | T | exempt | | | | |
| 138 Alltel Corp Del. Common | A | div | | | exempt | | | | |
| 139 Chevron Texaco Common | A | div | | | exempt | | | | |
| 140 CNF Inc Common | A | div | | | exempt | | | | |
| 141 Electronic Data Sys Common | A | div | | | exempt | | | | |
| 142 Georgia Pacific Common | A | div | | | exempt | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,000-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 143 ICN Pharmaceuticals Common | A | div | | | exempt | | | | |
| 144 Mattel Inc. Common | A | div | | | exempt | | | | |
| 145 Merrill Lynch Common | A | div | | | exempt | | | | |
| 146 Pharmacia Corp Common | A | div | | | exempt | | | | |
| 147 Scientific Atlanta | A | div | | | exempt | | | | |
| 148 Weyerhauser Common | A | div | | | exempt | | | | |
| 149 Wyeth Common | A | div | | | exempt | | | | |
| 150 UBS Money Market | A | int | K | T | exempt | | | | |
| 151 Citibank Money Market | B | int | | | exempt | | | | |
| 152 Dreyfus Liquid Assets | A | int | | | exempt | | | | |
| 153 Agere Systems Inc. Cl A Common | none | | | | exempt | | | | |
| 154 Applied Materials Inc. Common | none | | | | exempt | | | | |
| 155 B J Services Co Common | none | | | | exempt | | | | |
| 156 ChevronTexaco Corp Common | A | div | | | exempt | | | | |
| 157 Corning Inc Common | none | | | | exempt | | | | |
| 158 Golden State Bancorp Inc Common | A | div | | | exempt | | | | |
| 159 Household International Inc Common | A | div | | | exempt | | | | |
| 160 LSI Logic Corp Common | none | | | | exempt | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 161 Marathon Oil Corp Common | A | div | | | exempt | | | | |
| 162 Symantec Corp Common | none | | | | exempt | | | | |
| 163 Varco Intl Inc Del Common | none | | | | exempt | | | | |
| 164 Varian Semiconductor Equipment Assocs Inc Common | none | | | | exempt | | | | |
| 165 Salomon Bros Emerging II | none | | J | T | exempt | | | | |
| 166 Worldcom Inc. Worldcom Group Com Common | none | | | | exempt | | | | |
| 167 Elan Corp PLC ADR Common | none | | | | exempt | | | | |
| 168 Qwest Communications Intl Common | none | | | | exempt | | | | |
| 169 Amer International Group Inc Common | A | div | | | exempt | | | | |
| 170 Sprint Corp Common | none | | | | exempt | | | | |
| 171 Flextronics Intl Ltd USD | none | | | | exempt | | | | |
| 172 iShares Trust (Cohen & Steers Realty Majors Index Fund) | none | | J | T | exempt | | | | |
| 173 Sabre Group Hldgs Inc. Class A Common | none | | | | exempt | | | | |
| 174 iShares Trust (Dow Jones US Real Estate Index Fund) | none | | J | T | exempt | | | | |
| 175 iShares Trust (Dow Jones US Utilities Sector Index Fund) | none | | J | T | exempt | | | | |
| 176 3M Co | none | | J | T | exempt | | | | |
| 177 SouthTrust Bank accounts | A | int | K | T | exempt | | | | |
| 178 AmSouth Bank Accounts | A | int | J | T | exempt | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 179  Washington Mutual | A | div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Virginia E Hopkins_                    Date _October 16, 2003_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544